IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JAMES BOGUSKE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | EP-16-CV-247-FM |
| | § | |
| HEAVEN BURKE-LAPIN, EL PASO | § | |
| COUNTY POLICE DEPARTMENT, and | § | |
| STATE OF TEXAS, | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Order Accepting the Report and Recommendation of the Magistrate Judge, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

    **IT IS ORDERED** that Plaintiff's cause is **DISMISSED WITH PREJUDICE**.

    **IT IS ALSO ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

    **IT IS FURTHER ORDERED** that Plaintiff is awarded a **STRIKE** pursuant to 28 U.S.C. § 1915(g).

    **IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

    **SIGNED** on this _____30_____ day of September, 2016.

                                       **FRANK MONTALVO**
                                       **UNITED STATES DISTRICT JUDGE**